UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. 4:20 CR 22-1 MTS |
| DEOMAN REEVES, | ) ) ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendant Deoman Reeves's Motion to Sever Count Fourteen, Doc. [332]; Motion to Suppress Any and All Location Data, Doc. [333]; and Motion to Suppress Statements, Doc. [334]. Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Shirley Padmore Mensah, who recommended that the motions be denied. No objections were filed.

As no objections were filed, I will adopt and sustain the Report and Recommendation filed by Judge Mensah. I have independently reviewed her recommendations and agree there is no basis under the facts and the law to Sever Count Fourteen, Suppress Location Data or Suppress Statements.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge, Doc. [358], is **SUSTAINED, ADOPTED**, and **INCORPORATED** herein, and Defendant Deoman Reeves's Motion to Sever Count Fourteen, Doc. [332]; Motion to Suppress

any and all Location Data, Doc. [333]; and Motion to Suppress Statements, Doc. [334], are **DENIED**.

Dated this 11th day of May, 2023

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE